PER CURIAM: *

Larry Chris Iles, appointed to represent Jose Luis Ortiz, has filed a motion to withdraw and brief pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ortiz has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Charmaine Aarons Holder, U.S. Attorney's Office, Houston, TX, for Defendant–Appellee.

Before JOLLY, DAVIS, and OWEN, Circuit Judges.

PER CURIAM: *

We affirm the judgment of the district court essentially for the reasons set forth in its careful memorandum and opinion of June 1, 2005.

AFFIRMED.

Arthur R. EIPPER, Jr.,
Plaintiff–Appellant

v.

Alberto R. GONZALES, U.S. Attorney General, Defendant–Appellee.

No. 05–20618
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 26, 2006.

David R. Schleicher, Law Office of David R. Schleicher, Waco, TX, for Plaintiff–Appellant.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Kenneth GREGORY, Defendant–Appellant.

No. 05–40245
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 26, 2006.

David Haskell Henderson, Jr, Assistant U.S. Attorney, U.S. Attorney's Office,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.